GARY D. NITZKIN P41155
MICHIGAN CONSUMER CREDIT LAWYERS
Co-Counsel for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Fax (248) 353-4840
Email – gary@micreditlawyer.com

*Attorneys for Plaintiff,*
*Jacquelyn Ayala*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacquelyn Ayala, | Case No.: 15-CV-01731-PHX-SPL |
| Plaintiff, | Hon. Steven P. Logan |
| vs. | |
| Trans Union, LLC, et al. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Jacquelyn Ayala, and Defendants Equifax Information Services LLC, Experian Information Solutions Inc., and Trans Union LLC, through their counsel stipulate to dismiss this action, with prejudice, each party to bear its own fees and costs. This stipulation is accompanied by a proposed form of order.

DATED this 12th day of February, 2016.

| | |
|---|---|
| /s/ Gary D. Nitzkin. | /s/ Tamara E. Fraser. |
| GARY D. NITZKIN | TAMARA E. FRASER |
| MICHIGAN CONSUMER CREDIT LAWYERS | WILLIAMS WILLIAMS RATTNER & PLUNKETT P.C. |
| Attorney(s) for Plaintiff | Attorney for Defendant Experian |
| 22142 West Nine Mile Road | 380 North Old Woodward, Suite 300 |
| Southfield, MI 48033 | Birmingham, MI 48009 |
| Email – gary@micreditlawyer.com | tefraser@wwrplaw.com |
| | |
| /s/ Paul L. Myers. | /s/ Jacob C. Jones. |
| PAUL L. MYERS | JACOB C. JONES |
| STRASBURGER & PRICE LLP | SNELL & WILMER LLP |
| Attorney for Trans Union | Attorney for Defendant Equifax |
| 2801 Network Blvd., Suite 600 | 400 E. Van Buren, Suite 1900 |
| Frisco, TX 75034 | Phoenix, AZ 85004 |
| paul.myers@strasburger.com | jcjones@swlaw.com |